UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL SCHWEIZER,

  Plaintiff,

-vs-                                  CASE NO.: 6:15-CV-1977-ORL-40KRS

MONITRONICS INTERNATIONAL, INC.,

  Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, MICHAEL SCHWEIZER, by and through his undersigned attorney, and hereby files this Notice of Voluntary Dismissal With Prejudice of the above captioned matter.

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and a true and correct copy has been served upon defendant, Monitronics International, Inc., c/o Registered Agent, CT Corp., 1200 S. Pine Island Road, Plantation, FL 33324 and Margaret Peggy Carlson, Cup & Dyer, LLP, 222 E. McKinney Street, Ste. 210, Denton, TX 76201 (pcarlson@cdhllp.com).

                                                */s/Frank Kerney, III*
                                                Frank Kerney, III,
                                                Morgan & Morgan, Tampa, P.A.
                                                One Tampa City Center
                                                Tampa, FL 33602
                                                Tele: (813) 223-5505
                                                Fax: (813) 223-5402
                                                Florida Bar #: 88672
                                                Attorney for Plaintiff